FILED
CLERK, U.S. DISTRICT COURT
JAN 27, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY PD DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**DISTRICT FOR CENTRAL CALIFORNIA**

Plaintiff,

Lucas Sebastian

Vs

Marlon Vera Delgado

Defendant.

Case No: 8:25-cv-00166 FWS (DFMx)

NO CV-30
NO CV-71

## COMPLAINT

Plaintiff Lucas Sebastian, appearing pro se, sues defendant Marlon Vera Delgado and further alleges the following:

### Jurisdiction and Venue Allegations

1. Plaintiff Lucas Sebastian is a citizen and resident of The United Kingdom.
2. Marlon Vera Delgado is a resident of the state of California.
3. Subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship.

### General Allegations

4. Defendant Vera Delgado is a professional mixed martial arts fighter.
5. Plaintiff, a fan of mixed martial arts, followed Vera Delgado on the social media platform Instagram.
6. Around December 2022 Defendant Vera Delgado began to post advertisements for a particular gambling website known as Roobet.com.

7. Roobet.com is not licensed or authorised to operate within The United States or The United Kingdom.
8. Roobet.com is an illegal gambling operation which intentionally targets minors.
9. Plaintiff knew Roobet.com well because when he was 16 years old he had been lured into gambling on the site as a result of similar advertising to the advertising posted by Vera Delgado.
10. Plaintiff, who was at this time still a minor, was a recovering gambling addict at the time of viewing Vera Delgados advertising for Roobet.com.
11. Plaintiff became emotionally distressed upon viewing the promotional content posted by Defendant Vera Delgado, and subsequently he relapsed and suffered further losses on the site.

**Prayer for Relief**

WHEREFORE, Plaintiff requests the court award $1,000.000.00 in punitive damages against Vera Delgado and any other relief the court deems appropriate.

**PLAINTIFF REQUESTS JURY TRIAL ON ALL MATTERS SO TRIABLE**

I declare under penalty of perjury the foregoing is true and correct

Respectfully submitted,

Lucas Sebastian

Dated: 01/27/2025