UNITED STATES DISTRICT COURT
CENTRAL DISTRICT FOR CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
02/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Lucas Sebastian

Plaintiff,

Vs

Gilad Krein, Christopher Mealing Kanze, Zuffa LLC, Marlon Vera Delgado, Bruce Buffer, Calvin Cordozar Broadus Jr, Bryan Quang Le

Case no: 8:25-cv-00166-FWS-(DFMx)

## REQUEST FOR TRIAL BY JURY

Plaintiff Lucas Sebastian, appearing pro se, hereby sues all listed defendants and requests trial by jury on all matters so triable.

## JURISDICTION AND VENUE ALLEGATIONS

1. This is an action in excess of $75,000.00
2. Plaintiff Lucas Sebastian is a citizen and resident of The United Kingdom.
3. Defendant Gilad Krein is a citizen and resident of The State of Israel.
4. Defendant Christopher Mealing Kanze is a citizen and resident of the state of Illinois.
5. Defendant Zuffa LLC is a limited liability company incorporated in Nevada.
6. Defendant Marlon Vera Delgado is a citizen of the foreign nation of Ecuador and a resident of the state of California.
7. Defendant Bruce Buffer is a citizen and resident of the state of California.
8. Defendant Calvin Cordozar Broadus Jr is a citizen and resident of the state of California.
9. Defendant Bryan Quang Le is a citizen and resident of the state of California.

10. Subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship.

## FACTUAL ALLEGATIONS

11. Around June 2019, Defendants Gilad Krein and Christopher Mealing Kanze co-founded an online gambling platform named Roobet.com. In connection with this endeavor, the Defendants incorporated a limited liability company in Belize, registered as TEKHOU5 LIMITED.
12. Roobet.com was issued its sole gambling license by the government of Curacao. Accordingly Roobet.com was not permitted or authorised to operate in or accept players from within The United States. Doing so would have violated numerous federal and state laws regarding the regulation of online gambling.
13. Furthermore Roobet.com was not permitted or authorised to operate in or accept players from within The United Kingdom. Pursuant to The Remote Gambling (Licensing And Advertising) Act 2014, any online gambling website operating within The United Kingdom must have been issued a gambling license by the UK Gambling Commision.
14. Had Roobet.com been issued a gambling license within any US State or within The United Kingdom it would have been required to abide by strict KYC (Know Your Customer) and AML (Anti Money Laundering) procedures. These procedures require online gambling websites to collect personal information from all players on their site and to verify this information by requesting identification documents from players such as passports or driving licenses. This serves three main purposes. A) to prevent minors from accessing online gambling B) to allow users who are suffering from

gambling addiction to exclude themselves (ban themselves) from the website C) to prevent money laundering.

15. As Roobet.com was licensed in Curacao it was not held to any such regulations. Upon the launch of Roobet.com players could sign up using only an email address. No personal information was collected from users when they attempted to sign up to the website.
16. Subsequently Defendants Krein and Mealing Kanze engaged in a blatant conspiracy to market and promote Roobet.com within jurisdictions which it could not legally operate.
17. Defendants Krein and Mealing Kanze illegally operated Roobet.com within The United States in violation of The Unlawful Internet Gambling Enforcement Act (UIGEA) of 2006.
18. Defendants Krein and Mealing Kanze illegally operated Roobet.com within The United Kingdom and many other jurisdictions in which they could not legally operate.
19. Defendants Zuffa LLC, Vera Delgado, Buffer, Cordozar Broadus Jr and Quang Le entered into illegal promotional agreements to market and promote Roobet.com within The United States in violation of The Wire Act of 1961 (18 U.S.C. § 1084)
20. Around April 2021 when the Plaintiff had just turned 16 years of age he was exposed to illegal marketing promoting Roobet.com and subsequently the Plaintiff created an account on the website.
21. The Plaintiff deposited and lost large amounts of money, in excess of $60,000 and developed a gambling addiction and suffered immense emotional harm.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the court award $10,000,000 in actual damages against both Defendant Krein and Defendant Mealing Kanze for causing great emotional suffering to the Plaintiff and $1,000,000 in punitive damages against all other defendants for a total of $25,000,000 in damages

Respectfully Submitted,

Lucas Sebastian

lucas

Dated 18/02/2025